**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF TEXAS**
**SHERMAN DIVISION**

| | |
|---|---|
| JUSTIN ROWE and RACHEL ROWE,<br><br>Plaintiffs,<br><br>v.<br><br><br>EQUIFAX INFORMATION SERVICES, LLC and EXPERIAN INFORMATION SOLUTIONS, INC.,<br><br>Defendants. | Case No: 4:26-cv-00336-MJT |

**MOTION TO WITHDRAW AS COUNSEL**

Pursuant to Local Rule CV-11(c), Defendant Experian Information Solutions, Inc. ("Experian") hereby moves the Court for leave to withdraw the appearance of Ashley Plunk as counsel for Experian in this action and in support states as follows:

1.      On April 24, 2026, Ashley Plunk of the law firm Jones Day appeared as counsel of record for Experian in this matter. *See* ECF No. 6.

2.      On June 15, 2026, Ryan Brown, of the law firm Goodwin Procter LLP entered an appearance in this matter. *See* ECF No. 17. His contact information is as follows:  Ryan Brown, Goodwin Procter LLP, 100 Northern Avenue, Boston, MA 02210; Phone: (617) 570-1000; Email: ryanbrown@goodwinlaw.com.

3.      Goodwin Procter LLP will represent Experian in this matter going forward. Accordingly, the withdrawal of Ashley Plunk will not delay the adjudication of this matter or otherwise prejudice any party.

4.      Experian consents to this request.

- 1 -

- 2 -

WHEREFORE, Experian respectfully requests that the Court grant an Order withdrawing Ashley Plunk as counsel for Experian in this matter.

Dated:  June 18, 2026

Respectfully submitted,

*/s/ Ashley Plunk*

Ashley Plunk
Texas State Bar No: 24131595
WDTX Bar No. 7308932
JONES DAY
717 Texas, Suite 3300
Houston, TX  77002
Telephone:  832-239-3981
Facsimile:  832-239-3600
Email:  aplunk@jonesday.com

*Attorneys for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF CONFERENCE**

The undersigned hereby certifies that that on June 18, 2026, counsel for Experian Information Solutions, Inc. complied with the meet and confer requirement in Local Rule CV-7(h) by conferring with counsel for Plaintiffs Justin & Rachel Rowe, and this motion is unopposed.

*/s/ Ashley Plunk*
Ashley Plunk

*Attorney for Defendant*
*Experian Information Solutions, Inc.*

**CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on June 18, 2026, the foregoing document was electronically filed with the Clerk of the Court via the CM/ECF system, which will send notification to all counsel of record.

*/s/ Ashley Plunk*
Ashley Plunk

*Attorney for Defendant*
*Experian Information Solutions, Inc.*