# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
## SHERMAN DIVISION

| | |
|---|---|
| JUSTIN ROWE and RACHEL ROWE, | **Case No.: 4:26-cv-00336-MJT** |
| Plaintiffs, | **NOTICE OF SETTLEMENT AS TO DEFENDANT EXPERIAN INFORMATION SOLUTIONS, INC. ONLY** |
| v. | |
| EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., | |
| Defendants. | |

**NOTICE IS HEREBY GIVEN** that Plaintiffs Justin & Rachel Rowe ("Plaintiffs") and Defendant Experian Information Solutions, Inc. ("Experian"), have resolved the claims between them in this matter.  The Parties are in the process of finalizing the terms and performance attendant to that resolution.  The Parties anticipate completing that performance within the next forty-five (45) days and submitting to the Court the necessary dismissal papers.  In the interim, the Parties ask that the Court vacate all deadlines as to Defendant Experian only.  The parties further request that the Court retain jurisdiction for any matters related to completing and/or enforcing that settlement.

RESPECTFULLY SUBMITTED on June 26, 2026

By: */s/ Landon T. Maxwell*
Landon T. Maxwell, AZ #038439
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F:  (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiffs*
*Justin & Rachel Rowe*

1

**<u>CERTIFICATE OF SERVICE</u>**

I hereby certify that on May 1, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Mari Cervantes*