IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUSTIN ROWE and RACHEL ROWE, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00336 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC and EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| *Defendants.* | § | |

**ORDER GRANTING MOTION TO WITHDRAW AS COUNSEL**

Before the Court is Defendant Experian Information Solutions, Inc. ("Experian")'s Motion

to Withdraw as Counsel. [Dkt. 18]. Experian files the present motion requesting the Court allow

Ashley Plunk to withdraw her appearance as counsel for Experian in this matter. After considering

Experian's motion and reviewing the pleadings on file, the Court grants the same.

It is therefore **ORDERED** that Defendant Experian Information Solutions, Inc.'s Motion

to Withdraw as Counsel [Dkt. 18] is hereby **GRANTED**. The Clerk is **INSTRUCTED** to remove

Ms. Plunk as counsel for Experian in this matter and to terminate all electronic notices to her.

Experian will continue to be represented by Ryan Brown of the law firm of Goodwin

Proctor LLP.

**SIGNED this 26th day of June, 2026.**

_____
Michael J. Truncale
United States District Judge