IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| JUSTIN ROWE and RACHEL ROWE, | § | |
| | § | |
| *Plaintiffs,* | § | |
| | § | |
| VS. | § | CIVIL ACTION NO. 4:26-CV-00336 |
| | § | JUDGE MICHAEL J. TRUNCALE |
| EQUIFAX INFORMATION SERVICES, | § | |
| LLC and EXPERIAN INFORMATION | § | |
| SOLUTIONS, INC., | § | |
| | § | |
| *Defendants.* | § | |

## ORDER ON CLOSING DOCUMENTS

Before the Court is Plaintiffs' Notice of Settlement as to Defendant Experian Information Solutions, Inc. (hereinafter "Experian"). [Dkt. 19].  Plaintiffs advise the Court that they have resolved the claims with Experian in this matter.

It is therefore **ORDERED** that the above-referenced Parties shall submit to the Court all papers necessary for the dismissal of Defendant Experian on or before **August 14, 2026.**

It is further **ORDERED** that all Court dates and deadlines as they relate to Experian are hereby **VACATED**.

**SIGNED this 30th day of June, 2026.**

_____
Michael J. Truncale
United States District Judge