# UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF TEXAS
### SHERMAN DIVISION

|  |  |
|---|---|
| JUSTIN ROWE and RACHEL ROWE, | **Case No.: 4:26-cv-00336-MJT** |
| Plaintiffs, |  |
| v. |  |
| EQUIFAX INFORMATION SERVICES, LLC; and EXPERIAN INFORMATION SOLUTIONS, INC., |  |
| Defendants. |  |

## JOINT MOTION TO APPEAR TELEPHONICALLY AT RULE 16 MANAGEMENT CONFERENCE

Plaintiffs Justin & Rachel Rowe ("Plaintiffs"), and Defendant Equifax Information Services, LLC ("Equifax"), together the ("Parties"), by and through their counsel, hereby respectfully request permission to attend the Rule 16 Conference (the "Conference") remotely, and in support of which respectfully state as follows:

1. The Rule 16 Conference is set for July 21, 2026, at 1:30 p.m. in the United Stats Courthouse, Annex, 200 North Travis Street, Mezzanine Level Courtroom A01, Sherman, TX, pursuant to the Court's Order Governing Proceedings [Doc. 16].

2. Lead Counsel for Plaintiff, Landon T. Maxwell**,** is located is Scottsdale, AZ.  Lead Counsel for Equifax Liliana V. Sánchez , is located is Dallas Texas. In order to avoid travel costs and keep the cost of litigation lower, the Parties request to attend the hearing via video conference or, alternatively, via telephone.

1

3. Appearing by telephone would promote efficiency, minimize costs, and conserve resources.

4. The telephonic appearance of Plaintiff and Equifax will not prejudice any party.

5. The Parties have worked together in the past on other matters and believe there will be little to no disagreements within the forthcoming 26(f) Report.

6. The Parties assure this Court that they will meaningfully participate in the Scheduling Conference by telephone or by video conference (Zoom), and that such appearance will not prejudice any party nor hamper the efficient running of the Conference.

**WHEREFORE,** and good cause appearing, the Parties respectfully request this Honorable Court enter an order granting the Parties' request to conduct the Rule 16 Conference remotely, or, in the alternative, enter a case scheduling order based upon the Parties' forthcoming Report and Proposed Scheduling Order.

RESPECTFULLY SUBMITTED on July 8, 2026

By: */s/ Landon T. Maxwell*
Landon T. Maxwell, AZ #038439
**CONSUMER JUSTICE LAW FIRM PLC**
8095 N. 85th Way
Scottsdale, AZ 85258
T: (480) 626-1975
F:  (480) 613-7733
E: lmaxwell@consumerjustice.com

*Attorneys for Plaintiffs*
*Justin & Rachel Rowe*

By: */s/ Liliana V. Sánchez*
Liliana V. Sánchez, Bar No. 24104362
lvsanchez@seyfarth.com
SEYFARTH SHAW LLP
2323 Ross Avenue, Suite 1660
Dallas, Texas 75201
Telephone: (469) 608-6758

*Counsel for Defendant*
*Equifax Information Services LLC*

## CERTIFICATE OF CONFERENCE

Pursuant to the LR CV7(i), the undersigned hereby certifies that counsel for the parties conferred via email & phone/video and agreed to file the above motion jointly.

## CERTIFICATE OF SERVICE

I hereby certify that on July 8, 2026, I electronically filed the foregoing with the Clerk of the Court using the ECF system, which will send notice of such filing to all attorneys of record in this matter. Since none of the attorneys of record are non-ECF participants, hard copies of the foregoing have not been provided via personal delivery or by postal mail.

*/s/ Kristine Tanyag*